ASHCRAFT & BARR | LLP
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Telephone:  (702) 631.7555
Facsimile:  (702) 631.7556

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G & G FREMONT, LLC, a Nevada limited-liability company; CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited-liability company,<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a Nevada municipal corporation;<br><br>               Defendant. | CASE NO.:  2:14-cv-00688-GMN-GWF<br><br>STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE<br><br>(Fourth Request) |

IT IS HEREBY STIPULTED AND AGREED, by and between Jeffrey F. Barr, counsel for Plaintiffs G & G Fremont, LLC and Crazy Ely Western Village, LLC and Philip R. Byrnes, counsel for Defendants City of Las Vegas, License Officer Lon Grasmick, and License Officer Latania Webb, that the dispositive motion deadline of July 17, 2015 be continued forty-five (45) days until August 31, 2015.

This stipulation is entered into for the following reasons:

1.  The Complaint in this case was filed on May 2, 2014.

2.  The above-captioned case (the "Instant Case") is related to Case No. 2:14-cv-1006-JCM-PAL (the "Related Case") currently pending in this District.  The Related Case shares the same parties and similar legal issues with the Instant

Case (though the factual issues are slightly different). The dispositive motion deadline in both cases is the same, July 17, 2015.

3.  The Order denying Plaintiffs' motion for preliminary injunction in the Related Case is currently on appeal to the Ninth Circuit Court of Appeals and an extension of the dispositive motion deadline is requested because the appeal has been fully briefed and oral argument was heard on the preliminary injunction appeal in San Francisco, California on Monday, May 11, 2015. To date, the Ninth Circuit has not yet ruled on the pending appeal. The decision on this Ninth Circuit appeal will impact the legal landscape of this case and the parties' respective dispositive motions.

DATED this 25th day of June, 2015.

ASHCRAFT & BARR | LLP

/s/ Jeffrey F. Barr
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102
Attorneys for Plaintiffs

BRADFORD R. JERBIC
City Attorney

/s/ Philip R. Byrnes
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED this 30th day of June, 2015.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

ASHCRAFT & BARR | LLP
2300 WEST SAHARA AVE. • STE 800 • LAS VEGAS, NV 89102
702.631.7555   ASHCRAFTBARR.COM