ASHCRAFT & BARR | LLP
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Telephone:  (702) 631.7555
Facsimile:  (702) 631.7556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G & G FREMONT, LLC, a Nevada limited-liability company; CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited-liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a Nevada municipal corporation; et al.<br><br>　　　　　　　Defendant. | CASE NO.:  2:14-cv-00688-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (Dkt No. 34)**<br>**(First Request)** |

IT IS HEREBY STIPULTED AND AGREED, by and between Jeffrey F. Barr, counsel for Plaintiffs G & G Fremont, LLC and Crazy Ely Western Village, LLC and Philip R. Byrnes, counsel for Defendants City of Las Vegas, License Officer Lon Grasmick, and License Officer Latania Webb, that the time for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment shall be extended until January 19, 2016.

This stipulation is entered into for the following reasons:

1. On or about December 2, 2015, Defendant City of Las Vegas timely filed its Motion for Summary Judgment (Dkt. No. 34).

2. Plaintiffs' Response to the instant Motion is due on or about December 28, 2015.

3. Because of prior-scheduled vacations of counsel, the parties stipulate to an extension of time until January 19, 2016 for Plaintiffs to file their Response.

Page **1** of **2**

4. Moreover, this case has been referred to the Magistrate Judge for a settlement conference to occur on March 1, 2016.

5. No other hearing is currently scheduled in this case.

6. Based on the foregoing, good cause exists to extend the briefing schedule, and this request is not being made to unduly delay these proceedings.

DATED this 14th day of December, 2015.

| | |
|---|---|
| ASHCRAFT & BARR l LLP | BRADFORD R. JERBIC<br>City Attorney |
| /s/ Jeffrey F. Barr<br>JEFFREY F. BARR, ESQ.<br>Nevada Bar No. 7269<br>barrj@AshcraftBarr.com<br>2300 West Sahara Avenue<br>Suite 800<br>Las Vegas, NV 89102<br>Attorneys for Plaintiffs | /s/ Philip R. Byrnes<br>PHILIP R. BYRNES<br>Senior Litigation Counsel<br>Nevada Bar No. 166<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED this 15 day of December, 2015.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE